IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVIATION CAPITAL PARTNERS, LLC, doing business as SPECIALIZED TAX RECOVERY,<br><br>          Plaintiff,<br><br>     v.<br><br>SH ADVISORS, LLC, doing business as SITUS HAWK,<br><br>          Defendant. | C.A. No. 22-1556-RGA |

## **ORDER**

For the reasons stated at the hearing held on February 1, 2023, the motion for preliminary injunction (D.I. 6) is DENIED.

<u>February 2, 2023</u>                              <u>/s/ Richard G. Andrews                </u>
     DATE                                                    UNITED STATES DISTRICT JUDGE