IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AVIATION CAPITAL PARTNERS, LLC d/b/a SPECIALIZED TAX RECOVERY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SH ADVISORS, LLC d/b/a SITUS HAWK,<br><br>　　　　Defendant. | Civil Action No. 22-1556-RGA |

ORDER

　　Defendant's Motion to Dismiss (D.I. 17) is **GRANTED**. Count I of Plaintiff's complaint is **DISMISSED** for failure to state a claim. Count II is **DISMISSED** without prejudice.

　　Entered this 18th day of August 2023.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge