**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVIATION CAPITAL PARTNERS, LLC d/b/a SPECIALIZED TAX RECOVERY, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 22-1556-RGA |
| v. | ) ) **JURY TRIAL DEMANDED** |
| SH ADVISORS, LLC d/b/a SITUS HAWK, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF APPEAL**

Notice is hereby given that Aviation Capital Partners, LLC d/b/a Specialized Tax Recovery ("Specialized Tax Recovery" or "STR"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on August 18, 2023 (D.I. 35), and from all other adverse orders, opinions, decisions and rulings in this case underlying and/or relating to that judgment, including but not limited to, this Court's Memorandum of Opinion (D.I. 34) and the Court's Order denying preliminary injunction on the same grounds (D.I. 33).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Andrew L. Brown* |
|  | David E. Moore (#3983) |
| Todd R. Tucker | Bindu A. Palapura (#5370) |
| Joshua A. Friedman | Andrew L. Brown (#6766) |
| Dustin D. Likens | Hercules Plaza, 6th Floor |
| CALFEE, HALTER & GRISWOLD LLP | 1313 N. Market Street |
| The Calfee Building | Wilmington, DE 19801 |
| 1405 E. 6th Street | Tel: (302) 984-6000 |
| Cleveland, Ohio 44114 | dmoore@potteranderson.com |
| Tel: (216) 622-8200 | bpalapura@potteranderson.com |
|  | abrown@potteranderson.com |
| Dated: September 11, 2023 | *Attorneys for Plaintiff Aviation Capital* |
| 11045696 / 22733.00001 | *Partners, LLC d/b/a Specialized Tax Recovery* |