**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVIATION CAPITAL PARTNERS, LLC, d/b/a SPECIALIZED TAX RECOVERY,<br>Plaintiff,<br>v.<br><br>SH ADVISORS, LLC, d/b/a SITUS HAWK,<br>Defendant. | Civil Action No. 22-cv-1556-RGA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF CHANGE OF ADDRESS**

Defendant SH Advisors, LLC, d/b/a Situs Hawk hereby notifies the Court and all parties of record that effective immediately the mailing address for Kenneth L. Dorsney and Cortlan S. Hitch of MORRIS JAMES LLP has changed to the following address:

MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800

The firm affiliation and all other contact information remains unchanged.

Dated: September 8, 2025

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant*
*SH Advisors, LLC*